RJN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

IN THE MATTER OF AN APPLICATION OF          UNSEALING ORDER
THE UNITED STATES OF AMERICA FOR            10 MC 488
AUTHORIZATION TO OBTAIN LOCATION
DATA CONCERNING A MOBILE TELEPHONE
ASSIGNED NUMBER (845) 775-0019

- - - - - - - - - - - - - - - -X

Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Rachel J. Nash, for an order unsealing the Affidavit in Support of an Application for Authorization to Obtain Location Data Concerning a Mobile Telephone,

WHEREFORE, it is ordered that the Affidavit in Support of an Application for Authorization to Obtain Location Data Concerning a Mobile Telephone in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
         September 17, 2010

                              _____
                              THE HONORABLE CHERYL L. POLLAK
                              UNITED STATES MAGISTRATE JUDGE
                              EASTERN DISTRICT OF NEW YORK

2